IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN M. BRECKIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1447-KAJ |
| | ) |
| MERRILL LYNCH, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

WHEREAS, the plaintiff filed a complaint and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on December 13, 2004, this Court entered an order denying leave to proceed in forma pauperis based on plaintiff's income, and requiring the plaintiff to pay the $150 filing fee (D.I. 4);

WHEREAS, the $150 filing fee was to be paid within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the $150 filing fee has not been received from the plaintiff;

THEREFORE, at Wilmington this \_\_11th\_\_ day of \_\_\_March\_\_\_, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge